IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Daniel Avila Marin,<br>　　　　Petitioner,<br>v.<br>Pamela Bondi, et al.,<br>　　　　Respondents. | No. CV-25-03251-PHX-SMB (JFM)<br>**ORDER** |

　　　　Petitioner Daniel Marin, who is currently confined in the Florence Correctional Center, filed Petition Under 28 U.S.C. § 2241 and Complaint for Injunctive and Declaratory Relief (Doc. 1) and paid the filing fee for a habeas corpus action. Petitioner also filed a Motion for Temporary Restraining Order and Preliminary Injunction (Doc. 2). The Court will require an expedited answer to the Petition and motion for injunctive relief.

　　　　Petitioner names United States Attorney General Pam Bondi; Immigrations and Customs Enforcement Phoenix Field Office Director John Cantu and Acting Director Todd Lyons; Department of Homeland Security Secretary Kristi Noem; and Florence Correctional Center Warden Luis Rosa Jr. Respondents.

　　　　Petitioner is a native and citizen of Mexico who was previously ordered removed from the United States. (Doc. 1 at 6.) He reentered the United States following his 2014 removal and was apprehended in 2024. On April 2, 2025 Petitioner was granted deferral of removal under the Convention Against Torture but remains detained. (*Id.*) Petitioner alleges his ongoing detention violates his rights under the Fifth Amendment, *Zadvydas v.*

*Davis*, 533 U.S. 678 (2001), the Administrative Procedure Act, and the Suspension Clause. He also argues Respondents have caused a state-created danger in violation of the Fifth Amendment and his detention is punitive.

The Court will require Respondents to answer the Petition and Motion on an expedited basis.

**IT IS ORDERED:**

(1) Counsel for Petitioner must immediately serve the Petition upon Respondents.

(2) If not already issued, the Clerk's Office must issue any properly completed summonses.

(3) The Clerk of Court must immediately transmit by email a copy of this Order and a copy of the Petition and Motion for Temporary Restraining Order and Preliminary Injunction to the United States Attorney for the District of Arizona, to the attention of Katherine Branch at katherine.branch@usdoj.gov, Melissa Kroeger at melissa.kroeger@usdoj.gov, and Lon Leavitt at lon.leavitt@usdoj.gov.

(4) Respondents must respond to the motion no later than September 18, 2025. Petitioner may file a reply no later than September 22, 2025.

(5) Respondents must answer the petition within twenty (20) days of the date of service.

(6) Petitioner may file a reply within ten (10) days from the date of service of the answer.

Dated this 8th day of September, 2025.

_____
Honorable Susan M. Brnovich
United States District Judge